ACCEPTED
14-14-00234-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/3/2015 10:50:35 AM
CHRISTOPHER PRINE
CLERK

PETER M. KELLY
F. LEIGHTON DURHAM III
KIRK L. PITTARD
THAD D. SPALDING



**KELLY, DURHAM & PITTARD, L.L.P**

MORGAN MCPHEETERS*

OF COUNSEL:
CHRISTY L. WOLLIN
LEIGH PRICHARD BRADFORD

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/3/2015 10:50:35 AM
CHRISTOPHER A. PRINE
Clerk

June 3, 2015

Christopher A. Prine, Clerk
Fourteenth Court of Appeals
301 Fannin Street, Room 245
Houston, TX 77002

      Re:    Cause No. 14-14-00234-CV; *Hardriders Motorcycle Club Association, et al. v. Hardriders, Inc., et al.*

Dear Mr. Prine:

Please be advised that I will present the oral argument on behalf of Appellants in the above-referenced case which this Court has set for oral argument on Thursday, June 11, 2015 at 2:00 p.m.

Thank you.

                  Sincerely,

                  */s/ Thad D. Spalding*

                  Thad D. Spalding

TDS/kl

Cc:    Efrem D. Sewell
       Waverly R. Nolley